```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                        FORT WORTH DIVISION
```

MICHELLE LEE MULLINS        §
                            §
VS.                         §    ACTION NO. 4:04-CV-477-Y
                            §
JAMES R. CROUCH             §

<u>FINAL JUDGMENT</u>

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58,

It is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's federal claims are hereby DISMISSED WITH PREJUDICE to their refiling. The Court DECLINES to exercise jurisdiction over Plaintiff's remaining state claims, and those claims are therefore DISMISSED WITHOUT PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED April 28, 2005.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT</u> - Page Solo
TRM/chr